UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

LARRY ARRASMITH

DEBTOR-IN-POSSESSION

CASE NO.   11-22783

CHAPTER 12
Judge Tracey N. Wise

CORRECTION TO
MODIFIED CHAPTER 12 PLAN OF REORGANIZATION

COMES NOW, the Debtor, Larry W. Arrasmith, by and through counsel, and wishes to correct a misstatement made in the Modified Chapter 12 Plan of Reorganization [Doc. #82], as follows:

In the Modified Chapter 12 Plan of Reorganization, the Debtor alters the treatment to the secured claim of Peoples Bank of Kentucky, Inc., and has misstated the amount of the annual payment.  The payment, based upon the balance set forth in the Proof of Claim filed by the Bank, and based upon an interest rate of 5 percent (5%) amortized over 40 years, was stated in the amount of $57,615.41.  That amount is incorrect.  The current annual payment would be $65,985.94.  The two one-half (1/2) payments to be made in the first year of the Plan, one on October 1, 2012, and the other on March 1, 2013, would be in the amount of $32,838.97.  However, said payments shall be adjusted to the balance owed to the Claimant as of the date of confirmation.  The period of amortization of 40 years would remain, and the interest rate would remain.  The balloon would remain.  However, the payment will slightly alter as a result of the accrued interest.

In all other respects, the Modified Chapter 12 Plan of Reorganization, as modified above, shall remain the same.

Respectfully submitted,

    /s/Michael L. Baker
Michael L. Baker (02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile: (859) 426-0222
mbaker@zslaw.com
*Attorney for Larry W. Arrasmith*


    /s/ Matthew T. Sanning
Matthew T. Sanning
224 Main Street
Augusta, KY 41002
(606) 756-2066
Facsimile: (606) 756-2664
mattsanning@windstreaml.net

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 13th day of July, 2012, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Michael Litzinger
Chapter 12 Trustee
1890 Star Shoot Parkway
Suite 170, PMB 111
Lexington, KY 40509

2

Matthew T. Sanning
224 Main Street
Augusta, KY   41002

Larry Arrasmith
7414 Taylor Hill Road
Maysville, KY   41056

and to all parties as listed on the Debtor's Creditor Mailing Matrix and all parties receiving electronic notice via the Court's CM/ECF system.

       /s/Michael L. Baker
       Michael L. Baker