# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:

LARRY W. ARRASMITH

DEBTOR

CHAPTER 12

CASE NO. 11-22783

# MOTION TO REQUIRE TURNOVER
# OF CROP INSURANCE PROCEEDS TO TRUSTEE

Comes Michael E. Litzinger, chapter 12 trustee ("Trustee") for the above referenced case, and requests the court to enter the attached order requiring the debtor and/or Great American Insurance Group ("GAIG") to remit to the Trustee any and all crop insurance proceeds otherwise due creditor Arch Johnson on the following grounds:

1. Creditor Arch Johnson ("Creditor") filed claim number 19 filed on September 24, 2012 in the amount of $168,869.89.

2. The claim is not supported by any documentation setting forth or supporting the amount owed to Creditor (Bankr. Rule 3001(c)).

3. The claim lacks supporting documentation proving Creditor's secured status (Bankr. Rule 3001(d)).

4. The Creditor claims to have a lien on certain crop insurance proceeds.

5. The first meeting of creditors was held on January 17, 2012. The deadline for filing an unsecured claim was April 16, 2012.

6. Claim 19 was filed more than four (4) months after the deadline for unsecured claims, is tardy, and should be disallowed. Bankruptcy Rule 3002(c) provides a "proof of claim is timely filed if it is filed not later than 90 days after the first date set for the meeting of creditors…". Rule 3002(c) also provides for a variety of exceptions in sub-paragraphs 1 through 6, but none of these appear to apply to the claim of record.

7. If the claim is held to be a general unsecured claim at the time the petition was filed, then said claim is not a timely filed claim.

8. For all the above reasons, claim 19 filed by Creditor appears to be a general unsecured claim that has not been timely filed, and should therefore be disallowed. The Trustee has filed an objection to the allowance of claim 19 on grounds the claim is unsecured and therefore tardy.

9. Even if the claim could somehow be deemed timely filed, Creditor still should not receive any crop insurance proceeds for the 2008 and 2009 tobacco crops on grounds Creditor has no lien in said crops, the insurance proceeds or any other interest in proceeds to be derived from said crops. Any disbursements purportedly due Creditor from the crop insurance proceeds should be remitted to the Trustee pending further order of the court.

WHEREFORE, the Trustee respectfully requests the Court (1) direct Great American Insurance Group and the Debtor to remit to the Trustee any and all crop insurance proceeds that would otherwise be payable to Creditor, and (2) grant the Trustee all other relief to which he is entitled.

## NOTICE

Please take notice that the Trustee has filed the foregoing Trustee Objection to Claim. Unless any objections are filed within fourteen (14) days of the date of this notice, the attached Order Requiring Turnover of Insurance Proceeds may be entered by the Court without further notice. Any objections to this Trustee Objection to Late Filed Claim should be filed with the Clerk of the U.S. Bankruptcy Court, P.O. Box 1111, Lexington, KY 40588-1111, and should state in detail the reason for such Objection and should include all documents in support of the Objection. A copy of the Objection should also be served on Michael E. Litzinger, Trustee, 1890 Star Shoot Parkway, Suite 170, PMB 111, Lexington, KY 40509. In the event an Objection is filed, the Trustee shall coordinate with the Court for a hearing. Only the party filing an Objection will receive notice of such hearing.

## CERTIFICATE OF SERVICE

I hereby certify this Trustee Objection to Claim was served upon the parties listed below, either electronically via CM/ECF or by first class mail, U.S. postage pre-paid, at the addresses indicated on or before May 1, 2012.

| | | |
|---|---|---|
| **Matt Sanning**<br>224 Main Street.<br>Augusta, KY 41002 | **Michael L. Baker**<br>Ziegler & Schneider, P.S.C.<br>541 Buttermilk Pike, Suite 500<br>P.O. Box 175710<br>Covington, KY 41017-5710 | **John Daugherty**<br>Assistant U.S. Trustee<br>100 E. Vine St., Suite 500<br>Lexington, KY  40507<br>ustpregion08.lx.ecf@usdoj.gov |
| **Larry W. Arrasmith**<br>7414 Taylor Mill Rd.<br>Maysville, KY 41056 | **Arch Johnson**<br>76 Mullins Road<br>Booneville, KY 41314-9519 | **C. Darlene Johnson**<br>257 Combs Road, Suite One<br>Hazard, KY 41701 |
| **Angela A. Patrick**<br>Patrick, Leighton & Hall PLLC<br>25 W. Main St.<br>Mt. Sterling, Kentucky 40353 | Great American Insurance Group<br>P.O. Box 691190<br>Cincinnati, OH 45269-1190 | **Southern States Flemingsburg Coop, Inc.**<br>**c/o Jill Hall Rose**<br>501 Darby Creek Rd., Ste. 47<br>Lexington, KY 40509 |
| **Tobaccorp, Inc.**<br>**c/o Angela A. Patrick**<br>Patrick, Leighton & Hall PLLC<br>25 W. Main St.<br>Mt. Sterling, Kentucky 40353 | **Dutch Ishmael Chevrolet**<br>c/o Farrah W. Ingram<br>P.O. Box 950<br>Mount Sterling, KY 40353 | **Farrah W. Ingram**<br>White Peck Carrington, LLP<br>P.O. Box 950<br>Mt. Sterling, KY 40353-0950 |
| C T Corporation System<br>306 West Main Street<br>Suite 512<br>Frankfort, KY 40601 | | **All other parties requesting electronic service of process** |

Respectively submitted by:

*/s/ Michael E. Litzinger*
Michael E. Litzinger
1890 Star Shoot Parkway
Suite 170, PMB 111
Lexington, KY 40509
(859) 230-0728
litzingerlaw@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| IN RE:<br><br>LARRY W. ARRASMITH<br><br>DEBTOR | **CHAPTER 12**<br><br>**CASE NO. 11-22783** |

## ORDER TO TURNOVER CROP INSURANCE PROCEEDS

Michael E. Litzinger, Chapter 12 trustee for the above referenced Debtors (the "Trustee"), having moved to require Great American Insurance Group and/or the Debtor to turnover to him any and all insurance proceeds purportedly due creditor Arch Johnson for the 2008 and 2009 tobacco crop insurance, and all parties in interest having been given an opportunity to object and there being no objections; and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that:

(1) Great American Insurance Group and the Debtor shall turnover to the Trustee any and all crop insurance proceeds that are due and owing creditor Arch Johnson, and

(2) The Trustee shall hold said funds pending further order of the court.

Prepared by:

Michael E. Litzinger, Trustee

*/s/ Michael E. Litzinger*
Michael E. Litzinger
1890 Star Shoot Parkway
Suite 170, PMB 111
Lexington, KY 40509
(859) 230-0728
litzingerlaw@yahoo.com

**Pursuant to Local Rule 9022-1(c), Michael E. Litzinger shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (14) days hereof.**

**Copies to:**

| | | |
|---|---|---|
| **Matt Sanning**<br>224 Main Street.<br>Augusta, KY 41002 | **Michael L. Baker**<br>Ziegler & Schneider, P.S.C.<br>541 Buttermilk Pike, Suite 500<br>P.O. Box 175710<br>Covington, KY 41017-5710 | **John Daugherty**<br>Assistant U.S. Trustee<br>100 E. Vine St., Suite 500<br>Lexington, KY  40507<br>ustpregion08.lx.ecf@usdoj.gov |
| **Larry W. Arrasmith**<br>7414 Taylor Mill Rd.<br>Maysville, KY 41056 | **Arch Johnson**<br>76 Mullins Road<br>Booneville, KY 41314-9519 | **C. Darlene Johnson**<br>257 Combs Road, Suite One<br>Hazard, KY 41701 |
| **Angela A. Patrick**<br>Patrick, Leighton & Hall PLLC<br>25 W. Main St.<br>Mt. Sterling, Kentucky 40353 | Great American Insurance Group<br>P.O. Box 691190<br>Cincinnati, OH 45269-1190 | **Southern States Flemingsburg Coop, Inc.**<br>**c/o Jill Hall Rose**<br>501 Darby Creek Rd., Ste. 47<br>Lexington, KY 40509 |
| **Tobaccorp, Inc.**<br>**c/o Angela A. Patrick**<br>Patrick, Leighton & Hall PLLC<br>25 W. Main St.<br>Mt. Sterling, Kentucky 40353 | **Dutch Ishmael Chevrolet**<br>c/o Farrah W. Ingram<br>P.O. Box 950<br>Mount Sterling, KY 40353 | **Farrah W. Ingram**<br>White Peck Carrington, LLP<br>P.O. Box 950<br>Mt. Sterling, KY 40353-0950 |
| C T Corporation System<br>306 West Main Street<br>Suite 512<br>Frankfort, KY 40601 | | **All other parties requesting electronic service of process** |