**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 12** |
| **LARRY W. ARRASMITH** | **CASE NO. 11-22783** |
| **DEBTOR** | |

## ORDER TO TURNOVER CROP INSURANCE PROCEEDS

Michael E. Litzinger, Chapter 12 trustee for the above referenced Debtors (the "Trustee"), having moved to require Great American Insurance Group and/or the Debtor to turnover to him any and all insurance proceeds purportedly due creditor Arch Johnson for the 2008 and 2009 tobacco crop insurance, and all parties in interest having been given an opportunity to object and there being no objections; and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that:

(1) Great American Insurance Group and the Debtor shall turnover to the Trustee any and all crop insurance proceeds that are due and owing creditor Arch Johnson, and

(2) The Trustee shall hold said funds pending further order of the court.

Prepared by:

Michael E. Litzinger, Trustee

*/s/ Michael E. Litzinger*
Michael E. Litzinger
1890 Star Shoot Parkway
Suite 170, PMB 111
Lexington, KY 40509
(859) 230-0728
litzingerlaw@yahoo.com

**Pursuant to Local Rule 9022-1(c), Michael E. Litzinger shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (14) days hereof.**

**Copies to:**

| | | |
|---|---|---|
| **Matt Sanning**<br>224 Main Street.<br>Augusta, KY 41002 | **Michael L. Baker**<br>Ziegler & Schneider, P.S.C.<br>541 Buttermilk Pike, Suite 500<br>P.O. Box 175710<br>Covington, KY 41017-5710 | **John Daugherty**<br>Assistant U.S. Trustee<br>100 E. Vine St., Suite 500<br>Lexington, KY  40507<br>ustpregion08.lx.ecf@usdoj.gov |
| **Larry W. Arrasmith**<br>7414 Taylor Mill Rd.<br>Maysville, KY 41056 | **Arch Johnson**<br>76 Mullins Road<br>Booneville, KY 41314-9519 | **C. Darlene Johnson**<br>257 Combs Road, Suite One<br>Hazard, KY 41701 |
| **Angela A. Patrick**<br>Patrick, Leighton & Hall PLLC<br>25 W. Main St.<br>Mt. Sterling, Kentucky 40353 | Great American Insurance Group<br>P.O. Box 691190<br>Cincinnati, OH 45269-1190 | **Southern States Flemingsburg Coop, Inc.**<br>**c/o Jill Hall Rose**<br>501 Darby Creek Rd., Ste. 47<br>Lexington, KY 40509 |
| **Tobaccorp, Inc.**<br>**c/o Angela A. Patrick**<br>Patrick, Leighton & Hall PLLC<br>25 W. Main St.<br>Mt. Sterling, Kentucky 40353 | **Dutch Ishmael Chevrolet**<br>c/o Farrah W. Ingram<br>P.O. Box 950<br>Mount Sterling, KY 40353 | **Farrah W. Ingram**<br>White Peck Carrington, LLP<br>P.O. Box 950<br>Mt. Sterling, KY 40353-0950 |
| C T Corporation System<br>306 West Main Street<br>Suite 512<br>Frankfort, KY 40601 | | **All other parties requesting electronic service of process** |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
***Tracey N. Wise***
**Bankruptcy Judge**
**Dated: Monday, October 29, 2012**
**(tnw)**