**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

306 W Main Street
Suite 512
Frankfort, KY 40601

800 592 9023 tel
www.ctcorporation.com

October 24, 2012

**RECEIVED**

**NOV 0 2 2012**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

Michael E. Litzinger
1890 Star Shoot Parkway,
Suite 170, PMB 111,
Lexington, KY 40509

Re: In Re: Larry W. Arrasmith, Debtor // To: Great American Insurance Group

Case No. 1122783

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Great American Insurance Group is not listed on our records or on the records of the State of KY.

Very truly yours,


C T Corporation System

Log# 521468616

Sent By Regular Mail

cc: Eastern District of Kentucky - U.S. Bankruptcy Court - Covington Division
    410 U.S. Courthouse,
    35W. 5th St.,
    Covington, KY 41011

(Returned To)

Michael E. Litzinger
1890 Star Shoot Parkway,
Suite 170, PMB 111,
Lexington, KY 40509

11-2-12 no items returned to court address nw